IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>LAST CALL ENTERTAINMENT, ANTHONY COSTANZO, THACH LE PHARMACENTRAL, VINNIE'S VALUABLES, and AMZHealth,<br><br>　　Defendants. | Case No. 3:18-cv-00875-jdp |

## DECLARATION OF DAKOTA J. MILLER

1. My name is Dakota J. Miller. I am the Director of Sales and Marketing at Quincy Bioscience, LLC. I am also the Director of Loss Control Investigations.

2. I have first-hand knowledge of the facts set forth herein, or have learned these facts first hand, and if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. Quincy is the manufacturer of Prevagen® brand dietary supplements. As part of my investigations of Prevagen® product diversion (e.g., theft), counterfeiting, and infringement of the Prevagen® trademark, I regularly order Prevagen® products from unauthorized online sellers, or ask employees to place such orders using delivery addresses other than Quincy's offices.

4. On or about September 27, 2018, I made a test purchase of Prevagen® brand dietary supplements from a seller on Amazon.com named "Vinnie's Valuables" to be delivered to me at Quincy's corporate address. The return address on the package I received shortly afterwards was

603 Lincoln Avenue, Bellevue, PA 15202-3405. **Exhibit A** is a true and correct picture of the package I received.

5. On or about September 8, 2018, I directed a Quincy employee to make a test purchase of Prevagen® brand dietary supplements from a seller on Amazon.com named "AMZHealth." The return address on the package received shortly afterwards was 2765 S. Park Rd, Unit 104, Bethel Park, PA 15102-9998. **Exhibit B** is a true and correct picture of the package that was received, redacted to exclude the employee's home address.

6. In the course of my investigation of Amazon seller Vinne's Valuables, I have observed that the account has at other times gone by the name "Pharmacentral."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Madison, Wisconsin on February 25, 2019.

By: _____
Dakota J. Miller