# EXHIBIT "A"




**US POSTAGE AND FEES PAID**
SEP 27 2016   Mailed from ZIP 15202
8 oz First-Class Pkg Svc
Commercial Base Price

endicia.com   071V0099i987

## USPS FIRST-CLASS PKG

eFast Ship
603 Lincoln Ave
Bellevue, PA 15202-3405

C049   0029
Please Leave ***** =D
5 Star Feedback

SHIP TO:   Dakota Miller
726 Heartland Trl Ste 300
**Madison, WI 53717-1901**

### USPS TRACKING #



9400 1102 0088 3203 2766 55


UNITED STATES POSTAL SERVICE


endicia

Handwritten on package: 412-583-0053 ; Vinnie's Valuables

Amazon.com - Order 116-6638047-4305825                                    Page 1 of 1

# amazon.com

## Final Details for Order #116-6638047-4305825
Print this page for your records.

**Order Placed:** September 26, 2016
**Amazon.com order number:** 116-6638047-4305825
**Order Total:** $34.88

### Shipped on September 27, 2016

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Prevagen Regular Strength,10 mg - 30 Count Bottle*<br>Sold by: Vinnie's Valuables (seller profile)<br><br>Condition: New<br>Fast shipping! Includes tracking information! | $29.88 |

**Shipping Address:**
Dakota Miller
726 HEARTLAND TRL STE 300
MADISON, WI 53717-1901
United States

**Shipping Speed:**
Standard

Item(s) Subtotal: $29.88
Shipping & Handling: $5.00
-----
Total before tax: $34.88
Sales Tax: $0.00
-----
**Total for This Shipment: $34.88**
-----

### Payment information

**Payment Method:**
Visa | Last digits: 6657

**Billing address**
Dakota Miller
726 HEARTLAND TRL STE 300
MADISON, WI 53717-1901
United States

**Credit Card transactions**

Item(s) Subtotal: $29.88
Shipping & Handling: $5.00
-----
Total before tax: $34.88
Estimated tax to be collected: $0.00
-----
**Grand Total: $34.88**

Visa ending in 6657: September 27, 2016: $34.88

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates