# EXHIBIT "B"

**F**

US POSTAGE AND FEES PAID
FIRST-CLASS
Sep 08 2018
Mailed from ZIP 15102
5oz First-Class Pkg Svc

CID: 314222
CommercialBasePrice



071V01264493

endicia.com

## FIRST-CLASS PKG SVC

AZA SHIPPING DEPT.
2765 S PARK RD UNIT 104
BETHEL PARK PA 15102-9998

0029

Order: 11285578169264245

LINDSAY SHEFKA

████████████████████
████████████████████

USPS TRACKING #



9400 1102 9837 0650 8903 98

Prevagen Extra Strength, 30 Capsules Per Bottle (3 Bottles) by Prevagen (New)

9/12/2018                  Amazon.com - Order 112-8557816-9264245



## Final Details for Order #112-8557816-9264245
Print this page for your records.

**Order Placed:** September 6, 2018
**Amazon.com order number:** 112-8557816-9264245
**Order Total:** $174.28

## Shipped on September 8, 2018

**Items Ordered**                                                      **Price**
1 of: *Prevagen Extra Strength, 30 Capsules Per Bottle (3 Bottles) by Prevagen*     $174.28
Sold by: AMZHealth (seller profile)

Condition: New

**Shipping Address:**
Lindsay Shefka
[redacted]
[redacted]
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $174.28
Shipping & Handling: $0.00
-----
Total before tax: $174.28
Sales Tax: $0.00
-----
**Total for This Shipment: $174.28**
-----

## Payment information

**Payment Method:**
Visa | Last digits: 4342

**Billing address**
Lindsay Shefka
[redacted]
[redacted]
United States

**Credit Card transactions**

Item(s) Subtotal: $174.28
Shipping & Handling: $0.00
-----
Total before tax: $174.28
Estimated tax to be collected: $0.00
-----
**Grand Total: $174.28**

Visa ending in 4342: September 8, 2018: $174.28

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates