IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>LAST CALL ENTERTAINMENT, ANTHONY COSTANZO, THACH LE PHARMACENTRAL, VINNIE'S VALUABLES, and AMZHealth,<br><br>   Defendants. | Case No.  3:18-cv-00875-jdp |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS PHARMACENTRAL, VINNIE'S VALUABLES, AND AMZHEALTH

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Quincy Bioscience, LLC hereby voluntarily dismisses Defendants Pharmacentral, Vinnie's Valuables, and AMZHealth from this action, without prejudice.

Dated: April 15, 2019.

Respectfully submitted,

By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3327
Facsimile: (312) 884-7352
Sanjay@amintalati.com
Jonathan@amintalati.com

*Attorneys for Plaintiff,*
*Quincy Bioscience, LLC*